# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |  |
|---|---|---|
| v. | ) |  |
|  | ) | Case No. 3:23-mj-00058 |
| ABUKAR SHARIF SHEIKH | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| *Defendant(s)* |  |  |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March 16, 2023   in the county of   Multnomah   in the _____ District of   Oregon  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 922(g)(1) | Felon in possession of firearm |

This criminal complaint is based on these facts:

On or about March 16, 2023, in the District of Oregon, ABUKAR SHARIF SHEIKH, having previously been convicted of a felony, knowingly possessed a firearm affecting interstate commerce, to wit: a Glock pistol, model 21, .45 caliber, SN: BAE301 in violation of Title 18 United States Code, Sections 922(g)(1).

☑ Continued on the attached sheet.

/s/ By Telephone
*Complainant's signature*

Special Agent Cammeron Connolley, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  4:25 pm  a.m./p.m.

Date:  March 23, 2023

*Judge's signature*

City and state:   Portland, Oregon     Hon. Jeffrey J. Armistead, United States Magistrate Judge
*Printed name and title*